Núm. 8632.—FABIÁN ET AL., apldos. *v.* BLONDET ET AL., apltes. —C. D. Humacao. Cobro de hipoteca. Marzo 17, 1943.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

POR CUANTO, oídas las partes por sus abogados el día 15 de marzo de 1943 sobre la moción de la apelada solicitando la desestimación del recurso por los motivos de 1, abandono y 2, frivolidad;

POR CUANTO, el primer motivo carece de méritos pues tanto el legajo de sentencia como la transcripción de la evidencia fueron radicados por los apelantes antes de la vista de la moción, y

POR CUANTO, no habiendo quedado convencida la Corte de que el recurso sea claramente frívolo,

POR TANTO, se declara sin lugar la moción de desestimación, pero entendiendo la Corte que no debe dilatarse la vista del recurso en su fondo lo señala para el día 2 de junio de 1943, a las 2 p. m.

Núm. 8641.—SUCN. GÓMEZ, apltes. *v.* COLÓN ET ALS., apldos.— C. D. Arecibo. Nulidad etc. Marzo 31, 1943.

POR CUANTO, los apelados han solicitado la desestimación de este recurso por los fundamentos de frivolidad y falta de diligencia en su prosecución;

POR CUANTO, hasta la fecha no se ha radicado en este Tribunal la transcripción de evidencia, no hallándonos por tanto en condiciones para poder decidir la cuestión de frivolidad;

POR CUANTO, de la certificación del Secretario de la corte *a quo*, presentada por los apelantes en oposición a la desestimación, resulta que el escrito de apelación se radicó el 9 de noviembre último; que dentro de la prórroga concedida los apelantes radicaron en la corte inferior la transcripción de evidencia y que la vista para su aprobación fué señalada para el 29 del corriente, fecha en que presuntivamente quedó sometida a la consideración del Tribunal, no resultando por consiguiente que los apelantes hayan sido negligentes en la prosecución del recurso;

POR TANTO, no ha lugar por ahora a la desestimación solicitada.